**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 LILLIAN MELENDEZ,

                       Plaintiff,               25 **CIVIL** 9411 (KMK)(JCM)

    -v-                                    **JUDGMENT**

 FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated May 8, 2026, the final decision of the

Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social

Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

  **Dated:**   New York, New York
           May 8, 2026

                               **TAMMI M. HELLWIG**
                                 **Clerk of Court**

              **BY:**

                                 **Deputy Clerk**